IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) Misc. Action No. 3:23-mc-00007 |
| SENTARA HEALTHCARE, | ) |
| HOWARD KERN, | ) |
| MICHAEL DUDLEY, and | ) |
| JAMES JUILLERAT, | ) |
| | ) |
| Respondents. | ) |

**ORDER TEMPORARILY SEALING THE PETITION**

Upon consideration of Respondents' Motion to Extend the Seal to Cover Petitioner's Petition for Order to Show Cause (Dkt. No. 9) and being advised that the United States opposed the motion and seeks time to file a brief in opposition, IT IS ORDERED that, to avoid the potential prejudice alleged by Respondents in their motion, the Court temporarily SEALS the Petition (Dkt. No. 1) to allow briefing and argument of the motion.  In accordance with the local rules, the United States is directed to file any brief in opposition and Respondents may file any reply.  If a hearing is requested, please notify the court.

The Clerk is directed to seal the Petition (Dkt. No. 1) until further order of the Court.

Entered: November 22, 2023.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge